AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**STEPHEN W. BYERLY,**

       **Plaintiff,**

       **JUDGMENT IN A CIVIL CASE**

  v.

       **CASE NO.   2:13-CV-411**
**ROSS CORRECTIONAL**       **CHIEF JUDGE EDMUND A. SARGUS, JR.**
**INSTITUTION, et al.,**       **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Defendants.**

____  **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

  X    **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed March 10, 2015, JUDGMENT is hereby entered DISMISSING this case.**

Date:  March 10, 2015       RICHARD W. NAGEL, CLERK

       */S/ Andy F. Quisumbing*
       (By) Andy F. Quisumbing
       Courtroom Deputy Clerk